| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name** _____

2. **Debtor's unique identifier**

    **For non-individual debtors:**
    ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
    ☐ Other _____. Describe identifier _____.

    **For individual debtors:**
    ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
    ☐ Individual Taxpayer Identification number (ITIN):   **9** xx – xx – ____ ____ ____ ____
    ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)** _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**   pending before the Supreme Court of Bermuda

5. **Nature of the foreign proceeding**

    *Check one:*
    ☐ Foreign main proceeding
    ☐ Foreign nonmain proceeding
    ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

    ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

    ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

    ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
    _____
    _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

    ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
    ☐ Yes

Debtor _____  Case number (*if known*)_____
       Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL) _____

**11. Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

    ❏ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❏ Partnership

    ❏ Other. Specify: _____

❏ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor _____    Case number *(if known)*_____
        Name

**12. Why is venue proper in *this district*?**

*Check one:*

❑ Debtor's principal place of business or principal assets in the United States are in this district.

❑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

❑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _____    _____
    Signature of foreign representative                    Printed name

Executed on    _____
                MM  / DD /  YYYY

✘ _____    _____
    Signature of foreign representative                    Printed name

Executed on    _____
                MM  / DD /  YYYY

**14. Signature of attorney**

✘ _____    Date _____
    Signature of Attorney for foreign representative           MM   / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number       Street

_____    _____
City                                         State       ZIP Code

_____    _____
Contact phone                               Email address

_____    _____
Bar number                                                State