**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No. 23-11479 (JPM)** |
| **Digicel Group Holdings Limited**[1] | **Chapter 15** |
| **Debtor in a Foreign Proceeding** | |

### NOTICE OF ADJOURNMENT OF SCHEDULED RECOGNITION HEARING

PLEASE TAKE NOTICE that the hearing (the "**Recognition Hearing**") on the *Motion for (I) Recognition of Foreign Proceeding, (II) Recognition of Foreign Representative, (III) Recognition of Sanction Order and Related Scheme, and (IV) Related Relief Under Chapter 15 of the Bankruptcy Code* [ECF No. 3] (the "**Recognition Motion**") previously scheduled for October 17, 2023, at 9:00 a.m. (prevailing Eastern Time) has been adjourned to **October 23, 2023, at 10:00 a.m. (prevailing Eastern Time)**.  All matters previously scheduled to be heard on October 17, 2023, at 9:00 a.m. (prevailing Eastern Time) will now be heard on October 23, 2023, at 10:00 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that the Recognition Hearing will be held in person before the Honorable John P. Mastando III of the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004-1408. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify. With the permission of the Court, only parties in interest, their attorneys and witnesses may attend hearings by Zoom at which evidence is expected to be received.  Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted

---

[1] The Debtor in this chapter 15 case (the "**Chapter 15 Case**"), and the Debtor's registration number, are: Digicel Group Holdings Limited (55491).  The Debtor's registered office and mailing address are Clarendon House, 2 Church Street, Hamilton, HM 11, Bermuda.

capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Appearances must be entered no later than **4:00 PM (prevailing Eastern Time), the business day before the hearing.**

      **PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing. The Debtor will file an agenda before the Recognition Hearing, which may modify or supplement the motion(s) to be heard at the Recognition Hearing.

Dated:   October 12, 2023
        New York, New York

                                DAVIS POLK & WARDWELL LLP

                                By:  */s/ Timothy R. Graulich*
                                DAVIS POLK & WARDWELL LLP
                                450 Lexington Avenue
                                New York, New York 10017
                                Telephone: (212) 450-4000
                                Facsimile: (212) 701-5800
                                Timothy Graulich, Esq.
                                Darren S. Klein, Esq.
                                Stephen D. Piraino, Esq.
                                Richard J. Steinberg, Esq.

                                *Counsel to the Foreign Representative*